UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81293-AMC

ISLAND IP ACQUISITIONS, LLC,

    Plaintiff/Counterclaim Defendant,

vs.

SPENCER ANTLE, ISLAND COMPANY LLC, and ISLAND COMPANY RUM, INC.,

    Defendants/Counterclaim Plaintiffs.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case Judge Bruce E. Reinhart conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| | |
|---|---|
| */s/ Elissa A. Tisdahl* | */s/Traci H. Rollins* |
| Elissa A. Tisdahl, Esq. | Traci H. Rollins, Esq. |
| etisdahl@cwiplaw.com | trollins@gunster.com |
| Florida Bar No. 85521 | Florida Bar No. 769071 |
| John Christopher, Esq. | John W. Terwilleger, Esq. |
| jchristopher@cwiplaw.com | jterwilleger@gunster.com |
| Florida Bar No. 493465 | Florida Bar No. 107095 |
| CHRISTOPHER & WEISBERG, P.A. | Gabrielle Wilson, Esq. |
| 1232 N. University Drive | gwilson@gunster.com |
| Plantation, FL 33322 | Florida Bar No. 1036090 |
| Telephone: (954) 828-1488 | GUNSTER, YOAKLEY & STEWART, P.A. |
| Facsimile: (954) 828-9122 | 777 South Flagler Drive |
| *Counsel for Plaintiff* | Suite 500 East |
| *Island IP Acquisitions, LLC* | West Palm Beach, FL 33401 |
| | Telephone: (561) 655-1980 |
| | Facsimile: (561) 655-5677 |
| | *Counsel for Defendants* |
| | *Spencer Antle* |
| | *Island Company LLC* |
| ACTIVE:19776727.2 | *Island Company Rum, Inc.* |