UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81293-CIV-CANNON/Reinhart

**ISLAND IP ACQUISITIONS, LLC,**

    Plaintiff,

v.

**SPENCER ANTLE, ISLAND COMPANY LLC,**
and **ISLAND COMPANY RUM, INC.,**

    Defendants.
_____/

**<u>ORDER REFERRING CASE TO MAGISTRATE JUDGE</u>**

**THIS CAUSE** is before the Court upon the parties' Consent to Proceed Before a United States Magistrate Judge [ECF No. 66], filed on October 9, 2023, in which the parties consent to referral of this case to United States Magistrate Judge Bruce E. Reinhart for all further proceedings, including trial and the entry of final judgment. The Court has carefully reviewed the Notice of Consent and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure, all further proceedings, including trial, shall be presided over by **United States Magistrate Judge Bruce E. Reinhart.**

2. The Clerk of Court shall **MODIFY** the case number, style, and docket to reflect this consent and referral.

CASE NO. 22-81293-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of October 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record